IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES,

    Plaintiff,

v.

JOSEPH ORTIZ, et al.,

    Defendants.

No. C 12-00119 SI

**ORDER RE EX PARTE APPLICATION EXEMPTING DOCUMENTS FROM PROTECTIVE ORDER**

Currently before the Court is defendant Justin Whipple's ex parte application to exempt certain documents from the ambit of the Court's August 9, 2012 Protective Order. Given that the substantive motion underlying this application is currently set for hearing on December 20, 2013, the Court DENIES the defendant's application at this time. However, in recognition of the defendant's need to reference these documents in his opposition, the Court ORDERS the defendant to file his opposition and the related exhibits under seal.

**IT IS SO ORDERED.**

Dated: December 9, 2013

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE