UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTN WHIPPLE,<br><br>Defendant. | Case No. 12-cr-00119-SI-1<br><br>**ORDER GRANTING DEFENDANT WHIPPLE'S ADMINISTRATIVE MOTION TO FILE MEDICAL RECORDS UNDER SEAL** |

The Court has received defendant Whipple's administrative motion to file medical records under seal. The motion is GRANTED. The Court apologizes that due to an oversight the motion was not forwarded to chambers until June 19, and thus the Court was unaware of the motion to seal at the time the June 18 order denying Mr. Whipple's motion for compassionate release was filed. However, as the medical records are consistent with the parties' descriptions of them, upon which the Court relied in its June 18 order, the filing of the medical records does not change the Court's assessment of defendant's motion for compassionate release.

**IT IS SO ORDERED**.

Dated: June 22, 2020

SUSAN ILLSTON
United States District Judge